UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JUSTIN URBAN, <br> Plaintiff <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO.: 1:21-cv-11182-AK |

**PLAINTIFF, JUSTIN URBAN'S INITIAL DISCLOSURES**

The Plaintiff, Justin Urban submits his Fed. R. Civ. P. 26(a)(1) initial disclosures. Urban reserves his right to supplement these disclosures.

I. **Individuals Likely to Have Discoverable Information that Mr. Urban May Use to Support his Claims.**

1) Richard McLaughlin, Esq.
Law Offices of Richard S. McLaughlin
6 Edgerly Place
Boston, MA 02116
(617) 720-8630

Attorney McLaughlin is likely to have knowledge of the underlying case and settlement negotiations.

2) Scott M. Carroll, Esq.
Boyle Shaughnessy Law PC
695 Atlantic Avenue
Boston, MA 02111
(617)451-2000

Attorney Carroll is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

3)     Justin G. Stempeck, Esq.
    Boyle Shaughnessy Law PC
    695 Atlantic Avenue
    Boston, MA 02111
    (617)451-2000

    Attorney Stempeck is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

4)     Christopher J. Bulger, Esq.
    Boyle Shaughnessy Law PC
    695 Atlantic Avenue
    Boston, MA 02111
    (617)451-2000

    Attorney Bulger is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

5)     Chuck Murray
    Zurich North America
    100 High Street, Suite 1400
    Boston, MA 02110

    Mr. Murray is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

6)     Mary Hickey
    Zurich North America
    General Liability Manager
    Sr. Technical Claims Team
    1299 Zurich Way
    Schaumburg, IL 60196
    (847) 240-8140

       Ms. Hickey is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

7)     Todd MacDermott
       AON
       Senior Vice President
       National Practice Leader-Claims
       53 State Street, 22nd Floor
       Boston, MA 02109
       (617) 457-7654

       Mr. MacDermott is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

8)     Luiza Mills
       Vice President of Human Resources
       Interstate Electrical Services Corporation
       70 Treble Cove Road
       North Billerica, MA 01862
       (978) 947-8153

       Ms. Mills is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

9)     Erik Richman
       Director of Safety
       Interstate Electrical Services Corporation
       70 Treble Cove Road
       North Billerica, MA 01862
       (855) 500-4372

       Mr. Richman is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case, Interstate Electrical Services Corp.'s umbrella insurance policy and disclosure, or lack thereof, of Interstate Electrical Services Corp.'s umbrella policy.

10)     Robert Eirich
Claim Manager
Starr Adjustment Services
17550 North Perimeter Drive, Suite 340
Scottsdale, AZ 85255
(480) 586-3620

Mr. Eirich is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case and Interstate Electrical Services Corp.'s umbrella insurance policy.

11)     Meleena M. Bowers
Starr Adjustment Services, Inc.
399 Park Avenue, 2nd Floor
New York, NY 10022
(212) 901-1189

Ms. Bowers is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case and Interstate Electrical Services Corp.'s umbrella insurance policy.

12)     Joseph Mahoney
York Risk Services Group
Adjuster, Property and Casualty Claims III
90 Merrick Avenue, Suite 205
East Meadow, NY 11554
(516) 214-5213

Mr. Mahoney is likely to have knowledge of the underlying case, settlement negotiations in the underlying case, liability and damages analysis in the underlying case and Interstate Electrical Services Corp.'s umbrella insurance policy.

13)     Todd Butler
George Butler Adjusters Inc.
1235 Furnace Brook Parkway
Quincy, MA 02169

Mr. Butler is likely to have knowledge of the underlying case, including assessment of the defendant's liability.

II. **Documents the Plaintiff May Use to Supports His Claim**

1) Relevant and nonprivileged documents included in the case file under the custody and control of the Law Offices of Richard McLaughlin

2) Relevant and nonprivileged documents included in the case file under the custody and control of Sullivan & Sullivan, LLP.

3) Relevant and nonprivileged documents included in the case file under the custody and control of Boyle Shaughnessy Law PC.

4) Relevant and nonprivileged documents included in the Zurich claims file for this matter.

5) Relevant and nonprivileged documents in George Butler Adjusters, Inc.'s file for Mr. Urban's claim.

6) Relevant and nonprivileged documents under the custody and control of Interstate Electrical Services Corporation.

7) Relevant and nonprivileged documents included in the claim file under the custody and control of Starr Adjustment Services.

8) Relevant and nonprivileged documents included in the claim file under the custody and control of York Risk Services Group.

III. **Damages**

Pursuant to M.G.L. c. 93A, the plaintiff is entitled to $2,918,217.69 for the defendant's bad faith in resolving the underlying case. The sum of $2,918,217.69 is treble the pre-interest judgment of $972,739.23 that the jury awarded in the underlying case.

IV. **Insurance**

Not applicable.

The Plaintiff,

JUSTIN URBAN,
By his Attorneys,

*/s/ James M. McLaughlin*
_____
Richard J. Sullivan, Esq., BBO# 554085
James M. McLaughlin, Esq., BBO# 676079
SULLIVAN & SULLIVAN, LLP
83 Walnut Street
Wellesley, MA  02481
(781) 263-9400
rsullivan@sullivanllp.com
jmclaughlin@sullivanllp.com

## Certificate of Service

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on January 24, 2022.

*/s/ James M. McLaughlin*
_____